Decided December 4, 2001

## KAREN A. MURPHY ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 22161) is denied.

*Karen A. Murphy*, pro se, and *Kathleen A. Murphy*, pro se, in support of the petition.

*John W. Mullin*, assistant corporation counsel, in opposition.

Decided December 4, 2001